In the Matter of JOHN LEIDMAN, on Behalf of Himself and All Other Employees Similarly Situated, Respondent, against WILLIAM REID et al., Constituting the Board of Transportation of the City of New York, et al., Appellants.

Argued January 16, 1951; decided March 8, 1951.

*John P. McGrath, Corporation Counsel (Henry J. Shields* and *Seymour B. Quel* of counsel), for appellants.

*Charles Belous* and *Irving Lemov* for respondent.

Appeal dismissed, without costs, upon the ground that the question certified is not decisive of the correctness of the order of the Appellate Division. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.